Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>GRIFFIN CUSTOM HOMES, INC., a Washington Corporation, and JOHN FOTH, an individual,<br><br>    Defendants.<br><br>GRIFFIN CUSTOM HOMES, INC., a Washington Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>    Counter-Defendant. | No. 3:20-cv-05392-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES** |

## ORDER

Based on the Parties' Stipulated Motion to Extend Deadlines, the Court grants and orders as follows:

Order Granting Stipulated Motion to Extend Deadlines – 1
Cause No.: 3:20-cv-05392-RSM

2921699 / 721.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| ACTIVITY | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Disclosure of Expert testimony under FRCP 26(a)(2) | April 7, 2021 | June 7, 2021 |
| Deadline for Filing Motions Related to Discovery | May 7, 2021 | July 7, 2021 |
| Discovery Completed | June 7, 2021 | August 7, 2021 |
| All Dispositive Motions Filed By | July 6, 2021 | August 7, 2021 |

IT IS SO ORDERED this 12th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

FORSBERG & UMLAUF, P.S.

*s/ Ryan J. Hesselgesser*
Ryan J. Hesselgesser, WSBA #40720
Matthew S. Adams, WSBA #18820
*Attorneys for Plaintiff Capitol Specialty Insurance Corporation*

KIRTON MCCONKIE

*s/ Haley Krug*
Haley Krug, WSBA #39315
*Attorneys for Griffin Custom Homes*

Order Granting Stipulated Motion to Extend Deadlines – 2
Cause No.: 3:20-cv-05392-RSM

2921699 / 721.0015

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX