# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>GRIFFIN CUSTOM HOMES, INC., a Washington Corporation, and JOHN FOTH, an individual,<br><br>    Defendants.<br><br>GRIFFIN CUSTOM HOMES, INC., a Washington Corporation,<br><br>    Counter-Claimant,<br><br>vs.<br><br>CAPITOL SPECIALTY INSURANCE CORPORATION,<br><br>    Counter-Defendant. | No. 3:20-cv-05392-RSM<br><br>ORDER GRANTING IN PART MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES |

## **ORDER**

Based on the Parties' Stipulated Motion to Extend Deadlines (Dkt. #28), the Court grants the continuance to the requested trial date and sets corresponding pretrial deadlines as follows:

ORDER - 1

| Activity | Current Deadline | New Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **October 4, 2021** | **April 4, 2022** |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3). | July 7, 2021 | November 8, 2021 |
| Discovery completed by | August 7, 2021 | December 6, 2021 |
| All dispositive motions must be filed by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 7, 2021 | January 3, 2022 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | August 20, 2021 | February 18, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | September 7, 2021 | March 7, 2022 |
| Agreed pretrial order due | September 22, 2021 | March 23, 2022 |
| Pretrial conference to be scheduled by the Court | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | September 29, 2021 | March 30, 2022 |

DATED this 8th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE